# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-9385 |
| | ) | |
| Bonaparte Corporation | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Benjamin Goldgar |

## NOTICE OF MOTION

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on **Monday**, **May 13, 2013** at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Goldgar in Courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting such judge's place and stead, and shall then and there present the attached **FINAL APPLICATION OF THE PORTER LAW NETWORK FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES,** a copy of which was previously served upon you. You may appear and be heard if you choose.

By:__/s/Karen J. Porter
Karen J. Porter (Atty. No 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400

## CERTIFICATE OF SERVICE

I, Karen J. Porter, an attorney, certify that I caused a true and correct of this Notice and Motion to be served on the parties listed on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240, Chicago, Illinois 60606 on April 22, 2013.

_/s/Karen J. Porter___
Karen J. Porter

**Service List**
**Bonaparte Corporation**
**Case No. 12-09385**

Via ECM electronic filing

Patrick S. Lang
Office of the United States Trustee
219 S. Dearborn Street
Chicago, IL 60606

Lawrence J. Stark
Stone, Pogrund & Korey
221 North LaSalle Street
Suite 3200
Chicago, IL 60601

Mark A. Carter
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd.
Chicago, IL 60604

Steven A. Wade
Anesi, Ozmon, Rodin, Novak & Kohen
161 N. Clark Street
Suite 2100
Chicago, IL 60601

William R. Brodzinski
Mulherin, Rehfeldt & Varchetto P.C.
211 S. Wheaton Ave.
Suite 200
Wheaton, IL 60187

Anthony J. Longo
Cassiday Schade LLP
20 N. Wacker Drive
Chicago, IL 60606

Jeffrey Burns
Crowley, Barrett & Karaba, Ltd.
20 S. Clark St.
Suite 2310
Chicago, IL 60603

Via regular mail

Jason Bonaparte
Bonaparte Corporation
12109 South Paulina
Calumet Park, IL 60827-5319

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re  Bonaparte Corporation                )
                                            )
                                            )   Bankruptcy No. _____12-09385_____
                                            )
                    Debtor.                 )   Chapter _____11_____

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____Karen J. Porter_____

Authorized to Provide Professional Services to: _____Debtor_____

Date of Order Authorizing Employment: _____April 23, 2012_____

Period for Which Compensation is Sought:
From _____August 20_____, 2012  through _____March 4_____, 2013

Amount of Fees Sought:  $ 12,640.00

Amount of Expense Reimbursement Sought:  $ 396.26

This is an:    Interim Application _____        Final Application ___✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 8/21/2012 | March 6, 2012 to August 1, 2012 | $19,265.28 | $19,265.28 | $16,000.00 |

Dated: _____April 22, 2013_____           _____/s/Karen J. Porter_____
                                                    (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Bonaparte Corporation | ) | Case No. 12-9385 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Benjamin Goldgar |

## FINAL APPLICATION OF THE PORTER LAW NETWORK
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Karen J. Porter and the Porter Law Network ("Counsel") attorneys for the Debtor, move this honorable court pursuant to 11 U.S.C. § § 330, to award it final compensation and reimbursement of expenses for the legal services rendered to the Debtor for the time period August 20, 2012 to March 4, 2013. In support thereof Counsel respectfully states as follows:

1. Debtor filed petition for relief under Chapter 11 of the Bankruptcy Code on March 09, 2012.

2. On April 23, 2012, the court approved the employment of Karen J. Porter and the Porter Law Network as the Debtor's attorneys nunc pro tunc to March 9, 2012.

3. This is the Second Application of the Porter Law Network for Interim Compensation and Reimbursement of Expenses (the "Application"). Counsel seeks an award for the legal services rendered during the time period from August 20, 2012 to March 4, 2013 in the amount of $12,640.00. Counsel seeks an award for the reimbursement of expenses in the amount of $396.26. The total amount of this request for compensation requested is $13,036.26. None of the compensation has been paid.

4. Karen J. Porter performed 32.00 hours of legal services for the Debtor at the hourly rate of $395.00. The total amount sought for the legal services performed by Karen J. Porter is $12,640.00.

5. The Porter Law Network incurred $396.26 in expenses for the Debtor for the cost of filing fees, copying, postage, and messenger deliveries. The total amount sought for the reimbursement of expenses is $396.26.

6. A detailed statement of all the legal services performed by all the attorneys and all of the expenses incurred is attached to this Application as Exhibit A. The detailed description includes the date the services were rendered; the individual performing the services; the hourly rate of the person performing the services and a statement describing the task, activity or service performed. In addition, the legal services performed for the Debtor are also identified by the following categories: Case Administration; Motions and Hearings; and Plan and Disclosure Statement.

7. A summary of the services performed for the Debtor in each of the categories is set forth below:

   A. <u>Case Administration</u>: General representation of the Debtor, compliance with debtor in possession requirements; counseling the Debtor as to bankruptcy law and procedure; attending creditors meeting; attending meetings with the Debtor and other parties; review of debtor in possession reports; communicating with third parties regarding the Debtor's business operations; all other legal services that relate to the administration of the chapter 11 case. The Application for Compensation includes 8.90 hours that went spent for Case Administration category

for a total of $3,515.50. Karen J. Porter performed 8.90 hours of the legal services rendered in connection with Case Administration.

    B.    <u>Motions and Hearings</u>:    Prepare motions and pleadings; notices to creditors and parties in interest regarding motions and hearings; review pleadings; prepare for court appearances; court appearances on motions and other hearings; communication with the Debtor, creditors and third parties regarding motions and hearings; and all other legal services that relate to Motions and Hearings. The Application for Compensation includes 9.40 hours that were spent for Motions and Hearings for a total of $3,713.00. Karen J. Porter performed 9.40 hours of the legal services rendered in connection with Motions and Hearings.

    C.    <u>Plan and Disclosure Statement</u>:    All of the legal services relating to advising the Debtor regarding a plan and disclosure statement, drafting the plan and disclosure statement; drafting amendments and revisions to the plan and disclosure statement; preparation of exhibits to the plan and disclosure statement; and communications with the Debtor and the accountant regarding the plan. The Application for Compensation includes 13.70 hours that were spent for Plan and Disclosure Statement for a total of $5,411.50. Karen J. Porter performed 13.70 hours of the legal services rendered in connection with Plan and Disclosure Statement.

8.    For the legal services rendered on the Debtors behalf, Counsel accomplished the following:

    A.    Counseled Debtor as to its rights and obligations under chapter 11 of the bankruptcy code. Assisted the Debtor in meeting other obligations imposed by the Code or the United States Trustee;

B.  Assisted the Debtor with its post-petition operations as a debtor-in-possession;

C.  Prepared motions and pleadings which were necessary to the administration of the estate and the reorganization effort of the Debtor;

D.  Attended court proceedings;

E.  Represented the Debtor in connection with the proposal of a reorganization plan;

F.  Performed all other legal services that were necessary to the administration of this chapter 11 estate.

9. Counsel has not agreed to share compensation with any other party.

10. The Debtor has received this Application for Compensation.

11. Notice of this Application has been sent to all creditors and parties in interest.

WHEREFORE, Counsel prays for the entry of an order awarding the Porter Law Network interim compensation in the amount of $12,640.00, reimbursement of expenses in the amount of $396.26, and a total award in the amount of $13,036.26.

                    Respectfully submitted,
                    **PORTER LAW NETWORK**
                    /s/Karen J. Porter
                    Karen J. Porter

Karen J. Porter
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160
Attorney No 6188626

Porter Law Network
230 West Monroe
Suite 240
Chicago, IL 60606

4/11/2013

A. Jason Bonaparte
Bonaparte Corporation
1455 South Michigan Avenue
Chicago, IL 60605

Bill Number: 273

RE: Bonaparte Corporation

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/21/2012 | Karen J. Porter | B110 - Case Administration | 0.800 | 395.00 | 316.00 |
| | Draft, revise and complete letter to mr bonaparte re status of chapter 11 case; issues regarding feasibility of a plan; request for meeting regarding plan and disclosure statement | | | | |
| 8/22/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | Court appearance on status hearing on cash collateral; hearing continued to september 26, 2012; draft order to follow | | | | |
| 8/29/2012 | Karen J. Porter | B110 - Case Administration | 0.300 | 395.00 | 118.50 |
| | Telephone call with jason bonaparte regarding plan and disclosure statement; cash collateral payments | | | | |
| 9/7/2012 | Karen J. Porter | B110 - Case Administration | 0.100 | 395.00 | 39.50 |
| | Email communication to ms dolgin regarding second quarter withholding taxes | | | | |
| 9/7/2012 | Karen J. Porter | B110 - Case Administration | 2.300 | 395.00 | 908.50 |
| | Meeting with mr bonaparte, me owens and ---- regarding requirements for filing a plan and disclosure statement | | | | |
| 9/7/2012 | Karen J. Porter | B110 - Case Administration | 0.600 | 395.00 | 237.00 |
| | Draft, revise and complete letter to mr bonaparte regarding plan and disclosure statement; confirming items discussed at 9/7 meeting | | | | |
| 9/18/2012 | Karen J. Porter | B110 - Case Administration | 0.500 | 395.00 | 197.50 |
| | Telephone call with mr bonaparte re status of projections and assumptions for plan and disclosure statement; potential for postpetition financing | | | | |
| 9/19/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | Draft revise and complete pleading: motion for joint check agreement for three divane suppliers and the order | | | | |
| 9/20/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.400 | 395.00 | 158.00 |
| | Draft revise and complete pleading; motion for leave to file plan and disclosure statement | | | | |
| 9/21/2012 | Karen J. Porter | B110 - Case Administration | 0.600 | 395.00 | 237.00 |
| | Draft, revise and complete letter to mr bonaparte re cash collateral issues; filing of plan; results of july report | | | | |
| 9/26/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | Court appearance on status hearing on the plan; continued to september 17; court appearance on use of cash collateral; continued to october 3 | | | | |

EXHIBIT A

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/26/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | Telephone call with mr bonaparte to inform him of the results of the court appearance and continued dates | | | | |
| 10/1/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | Telephone call with mr shannon; bond cancellation set for 10/27 | | | | |
| 10/3/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.800 | 395.00 | 316.00 |
| | Court appearance on motion for leave to file plan (granted); cash collateral continued to october 17; status on plan set for october 17 | | | | |
| 10/3/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | Draft, revise and complete letter to mr romashko regarding adequate protection payments and continuation of cash collateral | | | | |
| 10/5/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.600 | 395.00 | 237.00 |
| | Attend meeting with mr bonaparte to discuss chapter 11 plan; projections; status of contracts; items needed; large claims | | | | |
| 10/9/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | Revise pleading; joint check motion for divane | | | | |
| 10/11/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.600 | 395.00 | 237.00 |
| | Review claims of creditors; identify discrepancy between debtors claim information and creditors information; prepare table of claims that will be repaid through the plan | | | | |
| 10/11/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.500 | 395.00 | 197.50 |
| | Draft plan; determine classifications of claims; cut off for small unsecured claims | | | | |
| 10/11/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.400 | 395.00 | 158.00 |
| | Review claims of irs; divane; walsh; ansaldo to determine potential claim objections | | | | |
| 10/12/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 1.600 | 395.00 | 632.00 |
| | Formulate plan of reorganization; determine based upon projections provided 60 month repayment plan; six classes of claims; 25% to unsecured creditors; step up payment of irs secured debt; amount of monthly and quarterly payments to each class | | | | |
| 10/13/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.600 | 395.00 | 237.00 |
| | Draft outline of the plan with repayment terms and amounts for each class receiving payments under the plan | | | | |
| 10/14/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 2.300 | 395.00 | 908.50 |
| | Draft revise and complete plan of reorganization | | | | |
| 10/14/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.400 | 395.00 | 158.00 |
| | Revise plan of reorganization; add class six claims of insiders | | | | |
| 10/14/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.900 | 395.00 | 355.50 |
| | Draft disclosure statement; introduction to disclosure statement; representations, disclaimers; rules of construction | | | | |
| 10/15/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.600 | 395.00 | 237.00 |
| | Review and revise reorganization plan; make final revisions | | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 2.100 | 395.00 | 829.50 |
| | Draft disclosure statement | | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.600 | 395.00 | 237.00 |

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Draft liquidation analysis | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.500 | 395.00 | 197.50 |
| | | Draft summary of plan payments | | | |
| 10/16/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | | Telephone call with mr burns re status | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.400 | 395.00 | 158.00 |
| | | Revise information about the debtor with information provided by mr bonaparte | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.300 | 395.00 | 118.50 |
| | | Telephone call with mr bonaparte regarding information about the debtor and the disclosure statement | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.700 | 395.00 | 276.50 |
| | | Revise disclosure statement | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.600 | 395.00 | 237.00 |
| | | Prepare exhibits to the disclosure statement | | | |
| 10/17/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.800 | 395.00 | 316.00 |
| | | Court appearance on cash collateral and status of the plan; both matters continued to october 31, 2012 | | | |
| 10/22/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | | Court appearance on motion for joint check agreement with divane; motion granted | | | |
| 10/22/2012 | Karen J. Porter | B110 - Case Administration | 0.400 | 395.00 | 158.00 |
| | | Draft, revise and complete letter to mr bonaparte regarding case status; monthly operating reports; cash collateral; court dates | | | |
| 10/31/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | | Prepare for court; three matters on the call | | | |
| 10/31/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | | Draft revise and complete pleading: seventh cash collateral order | | | |
| 10/31/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | | Court appearance on motion for leave to file late claim (denied); cash collateral (cont to 11/5); status on plan (continued to 1/7/13) | | | |
| 10/31/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.100 | 395.00 | 39.50 |
| | | Email communication to mr burns and mr romashko regarding cash collateral order | | | |
| 11/5/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.700 | 395.00 | 276.50 |
| | | Court appearance for entry of cash collateral order; seventh order entered; next hearing date december 3 | | | |
| 11/5/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | | Telephone call with mr shannon regarding bond issue and payment of benefits issues | | | |
| 11/6/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | | Telephone call with dave shannon regarding right to audit | | | |
| 11/6/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | | Telephone call with mr bonaparte regarding electrical trustee's request for an audit; will consent | | | |
| 11/12/2012 | Karen J. Porter | B110 - Case Administration | 0.500 | 395.00 | 197.50 |
| | | Telephone call regarding kinnard litigation | | | |
| 11/14/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | | Court appearance on motion to sever personal injury cause of action; motion denied | | | |
| 12/3/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.500 | 395.00 | 197.50 |
| | | Court appearance on motion for use of cash collateral; hearing continued to 12/12 | | | |

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.700 | 395.00 | 276.50 |
| | Ct appearance on motion to use cash collateral; hearing concluded; case set for status on 12/17 | | | | |
| 12/12/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.500 | 395.00 | 197.50 |
| | Draft, revise and complete letter to jason bonaparte regarding decision to convert to chapter 7; termination of right to use cash collateral; status hearing set for december 17 | | | | |
| 1/7/2013 | Karen J. Porter | B111 - Motions and Hearings | 0.500 | 395.00 | 197.50 |
| | Court appearance on irs motion to dismiss; case converted to a chapter 7 | | | | |
| 1/9/2013 | Karen J. Porter | B110 - Case Administration | 0.400 | 395.00 | 158.00 |
| | Draft, revise and complete letter to mr bonaparte regarding conversion of case to chapter 7; date set for meeting of creditors | | | | |
| 2/11/2013 | Karen J. Porter | B110 - Case Administration | 0.800 | 395.00 | 316.00 |
| | Attend chapter 7 creditors meeting with mr bonaparte; meeting adjourned | | | | |
| 3/6/2013 | Karen J. Porter | B110 - Case Administration | 0.400 | 395.00 | 158.00 |
| | Draft, revise and complete letter to mr bonaparte regarding compliance with trustee's request and final dip report | | | | |
| | | | | **Total Fees:** | **12,640.00** |

## Task Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Karen J. Porter | 32.000 | 395.00 | 12,640.00 |
| | | **Total Fees:** | **12,640.00** |

| Task | Hours | Rate | Amount |
|---|---|---|---|
| B110 - Case Administration | 8.900 | 395.00 | 3,515.50 |
| B111 - Motions and Hearings | 9.400 | 395.00 | 3,713.00 |
| B320 - Plan and Disclosure Statement | 13.700 | 395.00 | 5,411.50 |
| | | **Total Fees:** | **12,640.00** |

| Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|
| Karen J. Porter | B110 - Case Administration | 8.900 | 395.00 | 3,515.50 |
| | B111 - Motions and Hearings | 9.400 | 395.00 | 3,713.00 |
| | B320 - Plan and Disclosure Statement | 13.700 | 395.00 | 5,411.50 |
| | | | **Total Fees:** | **12,640.00** |

## Expenses

| Date | Timekeeper | Item | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| 8/20/2012 | Jose Corcoles | None | E101 - Copying | | 1 | 140.82 |
| | E101 - Copying first application for compensation | | | | | |
| 8/22/2012 | Jose Corcoles | None | E108 - Postage | 0.88 | 77 | 67.76 |
| | E108 - Postage first application for compensation from the porter law network. | | | | | |
| 9/21/2012 | Jose Corcoles | None | E101 - Copying | | 1 | 43.80 |
| | E101 - Copying motion for leave to file plan of reorganization and disclosure statement. | | | | | |
| 9/21/2012 | Jose Corcoles | None | E108 - Postage | 0.44 | 78 | 34.32 |
| | E108 - Postage motion for leave to file plan of reorganization and disclosure statement. | | | | | |
| 10/10/2012 | Jose Corcoles | None | E101 - Copying | | 1 | 76.56 |
| | E101 - Copying Motion to approve joint check project payment for divane bros. electric company contracts. | | | | | |

## Expenses

| Date | Timekeeper | Item | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| 10/10/2012 | Jose Corcoles | None | E108 - Postage | 0.44 | 75 | 33.00 |
| | | | E108 - Postage Motion to approve joint check project payment for divane bros. electric company contracts. | | | |
| | | | | **Total Expenses:** | | 396.26 |
| | | | | **Total for this Bill:** | | 13,036.26 |