# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-9385 |
| | ) | |
| Bonaparte Corporation | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Benjamin Goldgar |

## NOTICE OF MOTION

To:     See Attached Service List

**PLEASE TAKE NOTICE** that on **Monday, June 10, 2013** at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Goldgar in Courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting such judge's place and stead, and shall then and there present the attached **FINAL APPLICATION OF THE PORTER LAW NETWORK FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES,** a copy of which was previously served upon you.  You may appear and be heard if you choose.

By:__/s/Karen J. Porter
Karen J. Porter (Atty. No 6188626)
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400

## CERTIFICATE OF SERVICE

I, Karen J. Porter, an attorney, certify  that I caused a true and correct of this Notice and Motion to be served on the parties  listed on the attached service list as indicated on the attached service list from my offices located at 230 West Monroe, Suite 240, Chicago, Illinois 60606 on May 16, 2013.

_/s/Karen J. Porter___
Karen J. Porter

**Service List**
**Bonaparte Corporation**
**Case No. 12-09385**

Via ECM electronic filing

Patrick S. Lang
Office of the United States Trustee
219 S. Dearborn Street
Chicago, IL 60606

Lawrence J. Stark
Stone, Pogrund & Korey
221 North LaSalle Street
Suite 3200
Chicago, IL 60601

Mark A. Carter
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd.
Chicago, IL 60604

Steven A. Wade
Anesi, Ozmon, Rodin, Novak & Kohen
161 N. Clark Street
Suite 2100
Chicago, IL 60601

William R. Brodzinski
Mulherin, Rehfeldt & Varchetto P.C.
211 S. Wheaton Ave.
Suite 200
Wheaton, IL 60187

Anthony J. Longo
Cassiday Schade LLP
20 N. Wacker Drive
Chicago, IL 60606

Jeffrey Burns
Crowley, Barrett & Karaba, Ltd.
20 S. Clark St.
Suite 2310
Chicago, IL 60603

Via regular mail

Jason Bonaparte
Bonaparte Corporation
12109 South Paulina
Calumet Park, IL 60827-5319

Bonaparte Corporation
Case No 12-9385
Service List

Via regular mail

Jeffrey Burns
Crowley, Barrett & Karaba, Ltd.
20 South Clark Street, Suite 2310
Chicago, Illinois 60603
Tel:  312-726-2468

Robert Romashko
Office of District Counsel
Internal Revenue Service
200 West Adams, Suite 2300
Chicago, IL 60606

A Throu Z Metro Del Inc.
P.O. Box 5515
Chicago, IL 60680

Active Electric
4240 West Lawrence Avenue
Chicago, IL 60630-2798

Advance Occupational Medicine
2615 West Harrison
Bellwood, IL 60104

Albert Jason Bonaparte
833 West 15th Place
Apartment #709
Chicago, IL 60608

Alexander Mannie Inc.
4749 Lincoln Mall Drive
Suite 415
Mattson, IL 60443

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

American Recovery
555 St. Charles Drive
Suite 100
Thousand Oaks, CA 91360

American Solutions for Business
Dept. #33867
P.O. Box 39000
San Francisco, CA 94139-0001

Anixter Bros. Inc.
P.O. Box 847428
Dallas, TX 75284-7428

Ansaldo STS USA Inc.
645 Russell Street
Batesburge, SC 29006-1828

ARC Illinois
Accounts Receivable Dept.
P.O. Box 46465
Plymouth, MN 55446

Authentic Business Systems Inc.
9217 Gulfstream Road
Suite 102
Frankfort, IL 60423

Bonaparte Corporation
12109 South Paulina
Calumet Park, IL 60827-5319

Brooks Electrical Distribution
P.O. Box 80916
Chicago, IL 60680-9106

C.E.I.C.U
160 Market Street
Willow Springs, IL 60480

CES
2447 Reeves Road
Joliet, IL 60436-9538

Clyde Proctor
6850 South Euclid Avenue
Chicago, IL 60649

Connexion
1700 Leider Lane
Buffalo Groove, IL 60680-9106

Contech MSI Corp.
5200 Newport Drive
Rolling Meadows, IL 60008

Convergint Technologies
35257 Eagleway
Chicago, IL 60676

Direct TV
P.O. Box 9001069
Louisville, KY 40290-1069

East Bank Club
Lock Box 4452
Carol Stream, IL 60197

Electric Insurance Trustees 134A
221 North LaSalle Street
Suite 200
Chicago, IL 60601-1273

Electrical Fastners Co.
9860 Clearvue Ct.
Mokena, IL 60448

Electrical Insurance Trustees
221 North LaSalle Street
Chicago, IL 60601

Emerson Network Power/Liebert
610 Executive Campus Drive
Westerville, OH 43082-8870

Emerson Process Management POW
200 Beta Drive
Pittsburge, PA 15238-2918

ERM
703 Childs Street
Wheaton, IL 60187-4808

Ernesto Negrete
1021 West 20th Place
Chicago, IL 60608

Evergreen Supply Co.
9901 S. Torrence Ave.
Chicago, IL 60617-5369

Everlights
9901 S. Torrence Ave.
Chicago, IL 60617-5369

FedEx
P.O. Box 9001069
Lousville, KY 42090-1069

First Security Systems
1811 High Grove Lane
Suite 191
Naperville, IL 60540

Fresh Oil International
1305 South Michigan Avenue
Chicago, IL 60605

Helena Bonaparte
916 College Avenue
Matteson, IL 60443-1823

High Voltage Electric
102 North Fifth Avenue
St. Charles, IL 60174

Hinckley Spring Water Co.
P.O. Box 660579
Dallas, TX 75266-0579

iDashboards
700 Tower Drive
Suite 400
Troy, MI 48098-2837

Ikon Office Supplies
P.O. Box 802815
Chicago, IL 60680

Illinois Department of Revenue
Account #36-674-5317-000
P.O. Box 19006
Springfield, IL 62794-9006

Illinois Department of Employment
Chicago Regional Office
33 South State, 10th Floor
Chicago, IL 60603-2803

Ingersoll Rand Security Tech
15938 Collections Center
Chicago, IL 60693-0159

Interstate Electronics Co.
600 Joliet Road
Willosbrook, IL 60527-5684

IPFS Corporation
1001 Winstead Drive
Suite 500
Carry, NC 27513-2130

JPMorgan Chase Bank, N.A.
Chase Auto Financing
Mary Lautenbach
AZ1-1191
201 N. Central Ave.
Phoenix, AZ 85004-0073

Maxwell Systems Inc.
1000 First Avenue
Suite 200
King of Prussia, PA 19406-1333

Mid America Club
200 East Randolph Drive
Chicago, IL 60601

NEBF
Chicago & Cook County
5 Westbrook Corp. Ct. St.
Westchester, IL 60154-5749

NECA
5 Westbrook Corp. Ct. St.
Suite 940
Westchester, IL 60154-5749

Office Depot
2803 South Cicero Avenue
Cicero, IL 60650

Patten Industries #774539
4539 Solutions Center
Chicago, IL 60677-4005

Peoples Energy
Billing Processing Center
Chicago, IL 60687

Piracle
556 Confluence Avenue
Murray, UT 84123

Pitney Bowes Global Financial
Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Querrey & Harrow LTD
175 West Jackson BLVD.
Suite 1600
Chicago, IL 60604

Quest Maintenance LTD
1051 Groton Ct.
Schaumburg, IL 60193-3744

Rex Electric & Technologies, LLC
200 West Monroe Street
Suite 1700
Chicago, IL 60606

Rieck and Crotty
Attorneys at Law
55 West Monroe Street
Suite 3390
Chicago, IL 60603-5024

Roughneck Concrete
8400 Lehigh Avenue
Morton Grove, IL 60053

Service Master Clean
5130 West 125th Place
Alsip, IL 60803

Seyfarth Shaw LLC
3807 Collections Center Drive
Chicago, IL 60693-0038

Siemens Industry Inc.
c/o City Bank
P.O. Box 213
Carol Stream, IL 60132-2134

Simplex/Grinnell
Dept. Ch. 10320
Palatine, IL 60055-0920

Sprint Nextel Correspondence
Att. Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207-0949

The Okonite Company
1350 Shore Road
Naperville, IL 60563

Time Savers Inc.
725 Kimberly Drive
Carol Stream, IL 60188-9407

Unishippers
80 Burr Ridge
PKWY #150
Burr Ridge, IL 60527

United Parcel Service IL
Lock Box 577
Carol Stream, IL 60132

Villa Lighting Supply
2929 Chouteau Avenue
St. Louis, MO 63103-2903

W.W. Grainger
Attn: Special Collections Dept.
MES17828178244
7300 N. Melvina
Niles, IL 60714-3906

William Bonaparte Jr.
480 N. McClurge Ct.
Chicago, IL 60611-4326

William R. Brodzinski
Mulherin, Rehfeldt & Varchetto P.C.
211 S.Wheaton Ave.
Ste. 200
Wheaton, IL 60187-5251

Willis of Illinois Inc.
39394 Treasure Center
Chicago, IL 60694

Wright Express/Fleet Fueling
P.O. Box 6293
Carol Stream, IL 60197-6293

XL Insurance
145 Bradford Drive
West Berlin, IL 08091

Jason Bonaparte
12109 S. Paulina Ave.
Calumet Park, IL 60827

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re   Bonaparte Corporation )
         )
         )   Bankruptcy No. _____ 12-09385_____
         )
         Debtor. )   Chapter _____ 11 _____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____ Karen J. Porter _____

Authorized to Provide Professional Services to: _____ Debtor _____

Date of Order Authorizing Employment: _____ April 23, 2012 _____

Period for Which Compensation is Sought:
From _____ August 20 _____, 2012   through _____ March 4 _____, 2013

Amount of Fees Sought:   $ 12,640.00 _____

Amount of Expense Reimbursement Sought:   $ 396.26 _____

This is an:   Interim Application _____   Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 8/21/2012 | March 6, 2012 to August 1, 2012 | $19,265.28 | $19,265.28 | $16,000.00 |

Dated: _____ April 22, 2013 _____          _____ /s/Karen J. Porter _____
                                                      (Counsel)

(Rev 11/19/10)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Bonaparte Corporation | ) | Case No. 12-9385 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Benjamin Goldgar |

**FINAL APPLICATION OF THE PORTER LAW NETWORK**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Karen J. Porter and the Porter Law Network ("Counsel") attorneys for the Debtor, move this honorable court pursuant to 11 U.S.C. § § 330, to award it  final compensation and reimbursement of expenses for the legal services rendered to the Debtor for the time period August 20, 2012 to March 4, 2013. In support thereof Counsel respectfully states as follows:

1.      Debtor filed petition for relief under Chapter 11 of the Bankruptcy Code on March 09, 2012.

2.      On April 23, 2012, the court approved the employment of Karen J. Porter and the Porter Law Network as the Debtor's attorneys nunc pro tunc to March 9, 2012.

3.      This is the Second Application of the Porter Law Network for Interim Compensation and Reimbursement of Expenses (the "Application"). Counsel seeks an award for the legal services rendered during the time period from August 20, 2012 to March 4, 2013 in the amount of $12,640.00. Counsel seeks an award for the reimbursement of expenses in the amount of $396.26. The total amount of this request for compensation requested is $13,036.26. None of the compensation has been paid.

4.    Karen J. Porter performed 32.00 hours of legal services for the Debtor at the hourly rate of $395.00. The total amount sought for the legal services performed by Karen J. Porter is $12,640.00.

5.    The Porter Law Network incurred $396.26 in expenses for the Debtor for the cost of filing fees, copying, postage, and messenger deliveries. The total amount sought for the reimbursement of expenses is $396.26.

6.    A detailed statement of all the legal services performed by all the attorneys and all of the expenses incurred is attached to this Application as Exhibit A. The detailed description includes the date the services were rendered; the individual performing the services; the hourly rate of the person performing the services and a statement describing the task, activity or service performed. In addition, the legal services performed for the Debtor are also identified by the following categories: Case Administration; Motions and Hearings; and Plan and Disclosure Statement.

7.    A summary of the services performed for the Debtor in each of the categories is set forth below:

A.    Case Administration:    General representation of the Debtor, compliance with debtor in possession requirements; counseling the Debtor as to bankruptcy law and procedure; attending creditors meeting; attending meetings with the Debtor and other parties; review of debtor in possession reports; communicating with third parties regarding the Debtor's business operations; all other legal services that relate to the administration of the chapter 11 case. The Application for Compensation includes 8.90 hours that went spent for Case Administration category

for a total of $3,515.50. Karen J. Porter performed 8.90 hours of the legal services rendered in connection with Case Administration.

      B.    <u>Motions and Hearings</u>:    Prepare motions and pleadings; notices to creditors and parties in interest regarding motions and hearings; review pleadings; prepare for court appearances; court appearances on motions and other hearings; communication with the Debtor, creditors and third parties regarding motions and hearings; and all other legal services that relate to Motions and Hearings. The Application for Compensation includes 9.40 hours that were spent for Motions and Hearings for a total of $3,713.00. Karen J. Porter performed 9.40 hours of the legal services rendered in connection with Motions and Hearings.

      C.    <u>Plan and Disclosure Statement</u>:    All of the legal services relating to advising the Debtor regarding a plan and disclosure statement, drafting the plan and disclosure statement; drafting amendments and revisions to the plan and disclosure statement; preparation of exhibits to the plan and disclosure statement; and communications with the Debtor and the accountant regarding the plan. The Application for Compensation includes 13.70 hours that were spent for Plan and Disclosure Statement for a total of $5,411.50. Karen J. Porter performed 13.70 hours of the legal services rendered in connection with Plan and Disclosure Statement.

8.    For the legal services rendered on the Debtors behalf, Counsel accomplished the following:

      A.    Counseled Debtor as to its rights and obligations under chapter 11 of the bankruptcy code. Assisted the Debtor in meeting other obligations imposed by the Code or the United States Trustee;

B.      Assisted the Debtor with its post-petition operations as a debtor-in-possession;

C.      Prepared motions and pleadings which were necessary to the administration of the estate and the reorganization effort of the Debtor;

D.      Attended court proceedings;

E.      Represented the Debtor in connection with the proposal of a reorganization plan;

F.      Performed all other legal services that were necessary to the administration of this chapter 11 estate.

9.      Counsel has not agreed to share compensation with any other party.

10.     The Debtor has received this Application for Compensation.

11.     Notice of this Application has been sent to all creditors and parties in interest.

WHEREFORE, Counsel prays for the entry of an order awarding the Porter Law Network interim compensation in the amount of $12,640.00, reimbursement of expenses in the amount of $396.26, and a total award in the amount of $13,036.26.

Respectfully submitted,
**PORTER LAW NETWORK**
/s/Karen J. Porter
Karen J. Porter

Karen J. Porter
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, IL 60606
312-372-4400
Fax 312-372-4160
Attorney No 6188626

**Porter Law Network**
230 West Monroe
Suite 240
Chicago, IL 60606

4/11/2013

A. Jason Bonaparte
Bonaparte Corporation
1455 South Michigan Avenue
Chicago, IL 60605

Bill Number: 273

RE: Bonaparte Corporation

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|------|-----------|------|-------|------|--------|
| 8/21/2012 | Karen J. Porter | B110 - Case Administration | 0.800 | 395.00 | 316.00 |
| | Draft, revise and complete letter to mr bonaparte re status of chapter 11 case; issues regarding feasibility of a plan; request for meeting regarding plan and disclosure statement | | | | |
| 8/22/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | Court appearance on status hearing on cash collateral; hearing continued to september 26, 2012; draft order to follow | | | | |
| 8/29/2012 | Karen J. Porter | B110 - Case Administration | 0.300 | 395.00 | 118.50 |
| | Telephone call with jason bonaparte regarding plan and disclosure statement; cash collateral payments | | | | |
| 9/7/2012 | Karen J. Porter | B110 - Case Administration | 0.100 | 395.00 | 39.50 |
| | Email communication to ms dolgin regarding second quarter withholding taxes | | | | |
| 9/7/2012 | Karen J. Porter | B110 - Case Administration | 2.300 | 395.00 | 908.50 |
| | Meeting with mr bonaparte, me owens and —— regarding requirements for filing a plan and disclosure statement | | | | |
| 9/7/2012 | Karen J. Porter | B110 - Case Administration | 0.600 | 395.00 | 237.00 |
| | Draft, revise and complete letter to mr bonaparte regarding plan and disclosure statement; confirming items discussed at 9/7 meeting | | | | |
| 9/18/2012 | Karen J. Porter | B110 - Case Administration | 0.500 | 395.00 | 197.50 |
| | Telephone call with mr bonaparte re status of projections and assumptions for plan and disclosure statement; potential for postpetition financing | | | | |
| 9/19/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | Draft revise and complete pleading: motion for joint check agreement for three divane suppliers and the order | | | | |
| 9/20/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.400 | 395.00 | 158.00 |
| | Draft revise and complete pleading; motion for leave to file plan and disclosure statement | | | | |
| 9/21/2012 | Karen J. Porter | B110 - Case Administration | 0.600 | 395.00 | 237.00 |
| | Draft, revise and complete letter to mr bonaparte re cash collateral issues; filing of plan; results of july report | | | | |
| 9/26/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | Court appearance on status hearing on the plan; continued to september 17; court appearance on use of cash collateral; continued to october 3 | | | | |

EXHIBIT A

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|------|-----------|------|-------|------|--------|
| 9/26/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | Telephone call with mr bonaparte to inform him of the results of the court appearance and continued dates | | | | |
| 10/1/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | Telephone call with mr shannon; bond cancellation set for 10/27 | | | | |
| 10/3/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.800 | 395.00 | 316.00 |
| | Court appearance on motion for leave to file plan (granted); cash collateral continued to october 17; status on plan set for october 17 | | | | |
| 10/3/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | Draft, revise and complete letter to mr romashko regarding adequate protection payments and continuation of cash collateral | | | | |
| 10/5/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.600 | 395.00 | 237.00 |
| | Attend meeting with mr bonaparte to discuss chapter 11 plan; projections; status of contracts; items needed; large claims | | | | |
| 10/9/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | Revise pleading; joint check motion for divane | | | | |
| 10/11/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.600 | 395.00 | 237.00 |
| | Review claims of creditors; identify discrepancy between debtors claim information and creditors information; prepare table of claims that will be repaid through the plan | | | | |
| 10/11/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.500 | 395.00 | 197.50 |
| | Draft plan; determine classifications of claims; cut off for small unsecured claims | | | | |
| 10/11/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.400 | 395.00 | 158.00 |
| | Review claims of irs; divane; walsh; ansaldo to determine potential claim objections | | | | |
| 10/12/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 1.600 | 395.00 | 632.00 |
| | Formulate plan of reorganization; determine based upon projections provided 60 month repayment plan; six classes of claims; 25% to unsecured creditors; step up payment of irs secured debt; amount of monthly and quarterly payments to each class | | | | |
| 10/13/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.600 | 395.00 | 237.00 |
| | Draft outline of the plan with repayment terms and amounts for each class receiving payments under the plan | | | | |
| 10/14/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 2.300 | 395.00 | 908.50 |
| | Draft revise and complete  plan of reorganization | | | | |
| 10/14/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.400 | 395.00 | 158.00 |
| | Revise plan of reorganization; add class six claims of insiders | | | | |
| 10/14/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.900 | 395.00 | 355.50 |
| | Draft disclosure statement; introduction to disclosure statement; representations, disclaimers; rules of construction | | | | |
| 10/15/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.600 | 395.00 | 237.00 |
| | Review and revise reorganization plan; make final revisions | | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 2.100 | 395.00 | 829.50 |
| | Draft disclosure statement | | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.600 | 395.00 | 237.00 |

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|------|-----------|------|-------|------|--------|
| | | Draft liquidation analysis | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.500 | 395.00 | 197.50 |
| | | Draft summary of plan payments | | | |
| 10/16/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | | Telephone call with mr burns re status | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.400 | 395.00 | 158.00 |
| | | Revise information about the debtor with information provided by mr bonaparte | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.300 | 395.00 | 118.50 |
| | | Telephone call with mr bonaparte regarding information about the debtor and the disclosure statement | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.700 | 395.00 | 276.50 |
| | | Revise disclosure statement | | | |
| 10/16/2012 | Karen J. Porter | B320 - Plan and Disclosure Statement | 0.600 | 395.00 | 237.00 |
| | | Prepare exhibits to the disclosure statement | | | |
| 10/17/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.800 | 395.00 | 316.00 |
| | | Court appearance on cash collateral and status of the plan; both matters continued to october 31, 2012 | | | |
| 10/22/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | | Court appearance on motion for joint check agreement with divane; motion granted | | | |
| 10/22/2012 | Karen J. Porter | B110 - Case Administration | 0.400 | 395.00 | 158.00 |
| | | Draft, revise and complete letter to mr bonaparte regarding case status; monthly operating reports; cash collateral; court dates | | | |
| 10/31/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | | Prepare for court; three matters on the call | | | |
| 10/31/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 395.00 | 79.00 |
| | | Draft revise and complete pleading: seventh cash collateral order | | | |
| 10/31/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | | Court appearance on motion for leave to file late claim (denied); cash collateral (cont to 11/5); status on plan (continued to 1/7/13) | | | |
| 10/31/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.100 | 395.00 | 39.50 |
| | | Email communication to mr bums and mr romashko regarding cash collateral order | | | |
| 11/5/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.700 | 395.00 | 276.50 |
| | | Court appearance for entry of cash collateral order; seventh order entered; next hearing date december 3 | | | |
| 11/5/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | | Telephone call with mr shannon regarding bond issue and payment of benefits issues | | | |
| 11/6/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | | Telephone call with dave shannon regarding right to audit | | | |
| 11/6/2012 | Karen J. Porter | B110 - Case Administration | 0.200 | 395.00 | 79.00 |
| | | Telephone call with mr bonaparte regarding electrical trustee's request for an audit; will consent | | | |
| 11/12/2012 | Karen J. Porter | B110 - Case Administration | 0.500 | 395.00 | 197.50 |
| | | Telephone call regarding kinnard litigation | | | |
| 11/14/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 395.00 | 237.00 |
| | | Court appearance on motion to sever personal injury cause of action; motion denied | | | |
| 12/3/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.500 | 395.00 | 197.50 |
| | | Court appearance on motion for use of cash collateral; hearing continued to 12/12 | | | |

## Time Detail

| Date | Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.700 | 395.00 | 276.50 |
| | Ct appearance on motion to use cash collateral; hearing concluded; case set for status on 12/17 | | | | |
| 12/12/2012 | Karen J. Porter | B111 - Motions and Hearings | 0.500 | 395.00 | 197.50 |
| | Draft, revise and complete letter to jason bonaparte regarding decision to convert to chapter 7; termination of right to use cash collateral; status hearing set for december 17 | | | | |
| 1/7/2013 | Karen J. Porter | B111 - Motions and Hearings | 0.500 | 395.00 | 197.50 |
| | Court appearance on irs motion to dismiss; case converted to a chapter 7 | | | | |
| 1/9/2013 | Karen J. Porter | B110 - Case Administration | 0.400 | 395.00 | 158.00 |
| | Draft, revise and complete letter to mr bonaparte regarding conversion of case to chapter 7; date set for meeting of creditors | | | | |
| 2/11/2013 | Karen J. Porter | B110 - Case Administration | 0.800 | 395.00 | 316.00 |
| | Attend chapter 7 creditors meeting with mr bonaparte; meeting adjourned | | | | |
| 3/6/2013 | Karen J. Porter | B110 - Case Administration | 0.400 | 395.00 | 158.00 |
| | Draft, revise and complete letter to mr bonaparte regarding compliance with trustee's request and final dip report | | | | |
| | | | | **Total Fees:** | 12,640.00 |

## Task Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Karen J. Porter | 32.000 | 395.00 | 12,640.00 |
| | | **Total Fees:** | 12,640.00 |

| Task | Hours | Rate | Amount |
|---|---|---|---|
| B110 - Case Administration | 8.900 | 395.00 | 3,515.50 |
| B111 - Motions and Hearings | 9.400 | 395.00 | 3,713.00 |
| B320 - Plan and Disclosure Statement | 13.700 | 395.00 | 5,411.50 |
| | | **Total Fees:** | 12,640.00 |

| Timekeeper | Task | Hours | Rate | Amount |
|---|---|---|---|---|
| Karen J. Porter | B110 - Case Administration | 8.900 | 395.00 | 3,515.50 |
| | B111 - Motions and Hearings | 9.400 | 395.00 | 3,713.00 |
| | B320 - Plan and Disclosure Statement | 13.700 | 395.00 | 5,411.50 |
| | | | **Total Fees:** | 12,640.00 |

## Expenses

| Date | Timekeeper | Item | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| 8/20/2012 | Jose Corcoles | None | E101 - Copying | | 1 | 140.82 |
| | E101 - Copying first application for compensation | | | | | |
| 8/22/2012 | Jose Corcoles | None | E108 - Postage | 0.88 | 77 | 67.76 |
| | E108 - Postage first application for compensation from the porter law network. | | | | | |
| 9/21/2012 | Jose Corcoles | None | E101 - Copying | | 1 | 43.80 |
| | E101 - Copying motion for leave to file plan of reorganization and disclosure statement. | | | | | |
| 9/21/2012 | Jose Corcoles | None | E108 - Postage | 0.44 | 78 | 34.32 |
| | E108 - Postage motion for leave to file plan of reorganization and disclosure statement. | | | | | |
| 10/10/2012 | Jose Corcoles | None | E101 - Copying | | 1 | 76.56 |
| | E101 - Copying Motion to approve joint check project payment for divane bros. electric company contracts. | | | | | |

**Expenses**

| Date | Timekeeper | Item | Expense | Price | Qty | Amount |
|------|-----------|------|---------|-------|-----|--------|
| 10/10/2012 | Jose Corcoles | None | E108 - Postage | 0.44 | 75 | 33.00 |

E108 – Postage Motion to approve joint check project payment for
divane bros. electric company contracts.

|  |  |
|--|--|
| Total Expenses: | 396.26 |
| Total for this Bill: | 13,036.26 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  12-09385 |
| Bonaparte Corporation | ) | |
| | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FINAL APPLICATION OF THE PORTER LAW NETWORK FOR COMPENSATION**

This cause coming on to be heard on application of the Porter Law Network for Compensation and reimbursement; due and proper notice of the Motion has been given to the parties entitled thereto; and the court being duly advised in the premises:

IT IS HEREBY ORDERED that the application is granted. The Porter Law Network is awarded compensation in the amount of $12,640.00 and reimbursement of expenses in the amount of 396.26.

IT IS FURTHER ORDERED that the Porter Law Network is granted an administrative expense claim for the balance due in the amount of $13,036.26.

Enter:

Honorable A. Benjamin Goldgar

United States Bankruptcy Judge

Dated:

**Prepared by counsel of Movant:**

Karen J. Porter
Porter Law Network
230 West Monroe, Suite 240
Chicago, Il 60606

Rev: 20101008_bko