UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-9385 |
| BONAPARTE CORPORATION, | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS AND SHORTEN NOTICE

THIS CAUSE COMING TO BE HEARD on Motion of David B. Herzog, Trustee of Bonaparte Corporation, requesting an order to be entered granting motion for authority to sell property free and clear of all liens under 11 U.S.C. Section 363(b) and (f), to shorten time and to deem notice adequate:

IT IS HEREBY ORDERED that:

A.  Trustee is authorized to sell at Public Auction the Debtor's Business Assets, free and clear of all liens, claims and encumbrances, with liens attached to the sale proceeds; and

B.  The Shortened Notice of the Motion is deemed adequate for cause shown.

Enter:

_(signature)_

United States Bankruptcy Judge

Dated: **2 1 MAY 2014**

**Prepared by:**
James E. Morgan (6273671)
Howard and Howard Attorneys, PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel:  (312) 372-4000
Fax:  (312) 939-5617

Rev: 20130104_bko